1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

KEITH WINDELL COLLIER,         )    No. ED CV 07-279-JSL (PLA)
                                   )
            Petitioner,    )    **ORDER ADOPTING MAGISTRATE**
                                   )    **JUDGE'S REPORT AND**
            v.                )    **RECOMMENDATION**
                                   )
G. J. GIURBINO, Warden,        )
                                   )
            Respondent.    )
                                   )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1.    The report and recommendation is adopted.

2.    Judgment shall be entered consistent with this order.

3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: August 17, 2009

*Spencer Letts*

HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE